

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| WESTERN DIVISION | SOUTHERN DIVISION |
|---|---|
| 312 North Spring Street, Room G-8 | 411 West Fourth Street, Suite 1053 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 |
| Tel: (213) 894-3535 | (714) 338-4750 |

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

May 14, 2008

2112 Robert F. Peckham Federal
  Bldg and United States Courthouse
280 South First Street
San Jose, CA



Re:    Transfer to U.S. Magistrate Judge

       Case No. ED 08-MJ-192

       Case Title: USA v. Omar Carballo-Delgado

Dear Sir/Madam:

Pursuant to Rule 40 of the Federal Rules of Criminal Procedure, enclosed are the following:
  ☒ Certified copy of entire case file.
  ☒ Certified copy of docket sheet
  ☐ Letter re status of property bond
  ☐ Original bond enclosed
      ☐ Original bond to be forwarded by the Fiscal Section
      ☒ Certified copy of final commitment
      ☐ Original Passport
      ☐ Original Declaration re: Passport
  ☒ Other  Not For Public View (NFPV) document enclosed-financial affidavit    - CJA Unit - SF

Please acknowledge receipt on the copy of this letter and return to this office.

                                    Sincerely,

                                    Clerk, U.S. District Court

                                    By  M. Mead
                                    Deputy Clerk 951-328-4462

cc:  U.S. Attorney (Central District of California)
     U.S. Attorney (Receiving district)

---

Receipt of the above described document(s) is acknowledged herewith and assigned case number:
**08-70224 RS**

                                    Clerk, U.S. District Court

MAY 1 9 2008                        By  Tiffany Salinas-Harwell
Date                                    Deputy Clerk

CR-48 (01/01)                LETTER RE:  RULE 40 - TRANSFER OUT

CLOSED

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA (Eastern Division - Riverside)
## CRIMINAL DOCKET FOR CASE #: 5:08-mj-00192-DUTY All Defendants

Case title: USA v. Carballo-Delgado

Date Filed: 05/12/2008
Date Terminated: 05/12/2008

Assigned to: Duty Magistrate Judge

**Defendant**

**Omar Carballo-Delgado (1)**
*TERMINATED: 05/12/2008*

represented by **Moina C Shiv**
Federal Public Defender
3801 University Avenue, Suite 150
Riverside, CA 92501
951-276-6348
Email: zzCAC_FPD_Document_Receiving@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

I hereby attest and certify on 5-14-08 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

_____
DEPUTY CLERK    0148

**Pending Counts**
None

**Disposition**

**Highest Offense Level (Opening)**
None

**Terminated Counts**
None

**Disposition**

**Highest Offense Level (Terminated)**
None

**Complaints**
Defendant in violation of 8:1326

**Disposition**
Defendant ordered held to answer to the USDC, Northern District of California at San Jose

**Plaintiff**

**USA**

represented by **US Attorney's Office**
AUSA - Office of US Attorney
312 N Spring St, 12th Floor
Los Angeles, CA 90012-4700
213-894-2434
Email: USACAC.Criminal@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/12/2008 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Omar Carballo-Delgado, originating in the Northern District of California. Defendant charged in violation of: 8:1326. Signed by agent Joe Rosas, ICE, Deportation Officer. (mrgo) (Entered: |

|            |    |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                          |
|------------|----|------|
|            |    | 05/14/2008) |
| 05/12/2008 | 2  | REPORT COMMENCING CRIMINAL ACTION as to Defendant Omar Carballo-Delgado; defendants Year of Birth: 1965; date of arrest: 5/12/2008. (mrgo) (Entered: 05/14/2008) |
| 05/12/2008 | 3  | Defendant Omar Carballo-Delgado arrested on warrant issued by the USDC Northern District of California at San Jose. (mrgo) (Entered: 05/14/2008) |
| 05/12/2008 | 4  | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Oswald Parada as to Defendant Omar Carballo-Delgado Defendant arraigned and states true name is as charged. Attorney: Moina C Shiv for Omar Carballo-Delgado, DFPD, present. Court orders defendant permanently detained. Defendant remanded to the custody or currently in the custody of the US Marshal. Court orders defendant held to answer to Northern District of California. Warrant of Removal and final commitment to issue. Court Smart: RS-3. (mrgo) (Entered: 05/14/2008) |
| 05/12/2008 | 5  | NOTICE OF REQUEST FOR DETENTION filed by Plaintiff USA as to Defendant Omar Carballo-Delgado. (mrgo) (Entered: 05/14/2008) |
| 05/12/2008 | 6  | ORDER OF DETENTION by Magistrate Judge Oswald Parada as to Defendant Omar Carballo-Delgado. (mrgo) (Entered: 05/14/2008) |
| 05/12/2008 | 7  | WAIVER OF RIGHTS approved by Magistrate Judge Oswald Parada as to Defendant Omar Carballo-Delgado. (mrgo) (Entered: 05/14/2008) |
| 05/12/2008 | 8  | FINANCIAL AFFIDAVIT filed as to Defendant Omar Carballo-Delgado. (mrgo) (Entered: 05/14/2008) |
| 05/12/2008 | 9  | WARRANT OF REMOVAL AND COMMITMENT by Magistrate Judge Oswald Parada that Defendant Omar Carballo-Delgado be removed to the Northern District of California at San Jose. (Attachments: # 1 Letter CR-48) (mrgo) (Entered: 05/14/2008) |
| 05/12/2008 | 10 | (AMENDED) WARRANT OF REMOVAL AND COMMITMENT by Magistrate Judge Oswald Parada that Defendant Omar Carballo-Delgado be removed to the Northern District of California at San Jose. (mrgo) (Entered: 05/14/2008) |

| PACER Service Center |||| 
|---|---|---|---|
| Transaction Receipt ||||
| 05/14/2008 13:34:49 ||||
| PACER Login: | us3877 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 5:08-mj-00192-DUTY |
| Billable Pages: | 2 | Cost: | 0.16 |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                      Plaintiff(s),<br>vs.<br>Omar Carballo-Delgado<br>                      Defendant(s). | Case Number: 5:08-MJ-00192-1<br><br>**FINAL COMMITMENT AND WARRANT OF REMOVAL**<br><br>NORTHERN District of CALIFORNIA<br>at SACRAMENTO<br>*(City)* |

**To: United States Marshal for the Central District of California**   **AMENDED**

The above-named defendant is hereby remanded to your custody and you are hereby ORDERED to remove him/her forthwith, along with a certified copy of this Commitment, to the custodian of a place of confinement within the District of Origin, approved by the Attorney General of the United States, where the defendant shall be received and safely kept until discharged in due course of law.

This defendant was arrested in this District after:
- [✓] filing of a complaint before a U.S. Magistrate Judge
- [✓] a bench warrant issued by a U.S. District Judge/Magistrate Judge/Clerk from the District of Origin charging that on or about May 22, 2007, in the District of Origin, the defendant did:
Unlawfully re-entered the United States after Deportation in violation of Title(s) 8 U.S.C., Section(s) 1326

The defendant has now:
- [✓] duly waived identity hearing before me on 5/12/08.
- [✓] duly waived preliminary examination before me on 5/12/08.
- [✓] No bail has been set.
- [✓] Permanent detention has been ordered.

5/12/08                                                                 Oswald Parada
---------------                                                         ---------------
Date                                                                    United States Magistrate Judge

==================================================================
**RETURN**
Received this commitment and designated prisoner on _____, and on _____, committed him to _____ and left with the custodian at the same time a certified copy of the within temporary commitment.

United States Marshal, Central District of California

_____ 5-14-08                          _____
Date                                                  Deputy

I hereby attest and certify on _____ that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEPUTY CLERK                                          0148

M-15 (08/99)                       FINAL COMMITMENT AND WARRANT OF REMOVAL                       Page 1 of 1

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff(s),<br>vs.<br>Omar Carballo-Delgado<br>Defendant(s). | Case Number: 5:08-MJ-00192-1<br><br>**FINAL COMMITMENT AND WARRANT OF REMOVAL**<br><br>NORTHERN District of CALIFORNIA<br>at SAN JOSE<br>*(City)* |

**To: United States Marshal for the Central District of California**

The above-named defendant is hereby remanded to your custody and you are hereby ORDERED to remove him/her forthwith, along with a certified copy of this Commitment, to the custodian of a place of confinement within the District of Origin, approved by the Attorney General of the United States, where the defendant shall be received and safely kept until discharged in due course of law.

This defendant was arrested in this District after:
- [✓] filing of a complaint before a U.S. Magistrate Judge
- [✓] a bench warrant issued by a U.S. District Judge/Magistrate Judge/Clerk from the District of Origin charging that on or about May 22, 2007, in the District of Origin, the defendant did:
Unlawfully re-entered the United States after Deportation in violation of Title(s) 8 U.S.C., Section(s) 1326

The defendant has now:
- [✓] duly waived identity hearing before me on 5/12/08.
- [✓] duly waived preliminary examination before me on 5/12/08.
- [✓] No bail has been set.
- [✓] Permanent detention has been ordered.

| | |
|---|---|
| 5/12/08 | Oswald Parada |
| --------------- | --------------------------- |
| Date | United States Magistrate Judge |

==========================================================================
**RETURN**
Received this commitment and designated prisoner on _____, and on
_____, committed him to _____ and left with the custodian at the same time a certified copy of the within temporary commitment.

United States Marshal, Central District of California

---

Date  5-14-08

I hereby attest and certify on _____
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

_____
DEPUTY CLERK

Deputy _____

M-15 (08/99)   FINAL COMMITMENT AND WARRANT OF REMOVAL   Page 1 of 1

0148

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, PLAINTIFF v. Omar Carballo-Delgado, DEFENDANT. | CASE NUMBER: ED08-192M |
|---|---|

FILED
CLERK, U.S. DISTRICT COURT
MAY 12 2008
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

**WAIVER OF RIGHTS**
**(OUT OF DISTRICT CASES)**

I understand that charges are pending in the __Northern__ District of __California__ alleging violation of __8 USC 1326__ and that I have been arrested in this district and
(Title and Section / Probation / Supervised Release)
taken before a United States Magistrate Judge, who has informed me of the charge(s) and my rights to:
(1) have an identity hearing to determine whether I am the person named in the charges;
(2) receive a copy of the charge(s) against me;

*-Check one only-*

☒ **EXCLUDING PROBATION OR SUPERVISED RELEASE CASES:**
(3) have a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and
(4) request transfer of the proceedings to this district under Rule 20, Fed.R.Crim.P., in order to plead guilty.

☐ **PROBATION OR SUPERVISED RELEASE CASES:**
(3) have a preliminary hearing (if the violation charged allegedly occurred in this district, and I am held in custody solely on that charge) under Rule 32.1(b), Fed.R.Crim.P., to determine whether there is probable cause to believe I have violated the terms of my probation/supervised release.

**I HEREBY WAIVE (GIVE UP) MY RIGHT(S) TO:**

I hereby attest and certify on 5-14-08 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

☒ have an identity hearing
☒ receive a copy of the charges(s) against me
☒ have a preliminary examination
☐ have an identity hearing, and I have been informed that I have no right to a preliminary examination
☐ have an identity hearing, but I request that a preliminary examination be held in the prosecuting district

_____
Defendant

_____
Defense Counsel

Date: __5/12/08__

_____
United States Magistrate Judge

M-14 (03/03)   WAIVER OF RIGHTS (OUT OF DISTRICT CASES)

I hereby attest and certify on 5-14-08 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

_____
DEPUTY CLERK   0148

FILED
CLERK, U.S. DISTRICT COURT

MAY 1 2 2008

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: ED08-192-M |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | ORDER OF DETENTION |
| Omar Carballo-Delgado, | ) | |
| Defendant. | ) | |

On motion by the government for pre-trial detention, the Court finds that no condition or combination of conditions will reasonably assure the appearance of defendant as required ~~(or the safety of any person or the community)~~.

The Court has considered the nature and circumstances of the offense(s); the weight of evidence against the defendant; the history and characteristics of the defendant; and the nature and seriousness of the danger to any person or the community.

The Court bases the foregoing findings on the defendant's non-objection to pre-trial detention and the Pretrial Services Report/Recommendation. ~~(The defendant also has not rebutted the presumption provided by statute)~~.

IT IS THEREFORE ORDERED that defendant be detained without prejudice prior to trial/~~revocation hearing~~.

ORDER OF DETENTION

Page 1 of 2

1    IT IS FURTHER ORDERED that defendant be committed to the custody of the
2    Attorney General for confinement in a corrections facility separate, to the extent
3    practicable, from persons awaiting or serving sentences or being held in custody
4    pending appeal; that defendant be afforded reasonable opportunity for private
5    consultation with counsel; and that, on order of a Court of the United States or on
6    request of any attorney for the government, the person in charge of the corrections
7    facility in which defendant is confined deliver defendant to a United States Marshal
8    for the purpose of any appearance in connection with a Court proceeding. This order
9    is made without prejudice to reconsideration.

10
11   Dated: 5/12/08
12                                          HONORABLE OSWALD PARADA
                                            United States Magistrate Judge
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORIGINAL

1  THOMAS P. O'BRIEN
   United States Attorney
2  SHERI PYM
   Assistant United States Attorney
3  Chief, Riverside Branch Office
   DOROTHY R. MCLAUGHLIN  (Cal. No. 229453)
4  Assistant United States Attorney
        3880 Lemon Street, Suite 210
5       Riverside, California 92501
        Telephone: (951) 276-6222
6       Facsimile: (951) 276-6237
        Email: dorothy.mclaughlin@usdoj.gov
7
   Attorneys for Plaintiff
8  United States of America

FILED
CLERK, U.S. DISTRICT COURT
MAY 12 2008
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. ED08-192 M |
| Plaintiff, | GOVERNMENT'S NOTICE OF REQUEST FOR DETENTION |
| v. | |
| OMAR ELKIN DE JESUS MUNOZ-MADRID, | |
| Defendant. | |

I hereby attest and certify on 5-14-08 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY CLERK

        Plaintiff, United States of America, by and through its counsel of record, hereby requests detention of defendant and gives notice of the following material factors:

        ___ 1.   Temporary 10-day Detention Requested (§ 3142(d)) on the following grounds:

             ___ a.  offense committed while defendant was on release pending (felony trial), (sentencing) (appeal) or on (probation) (parole);

             ___ b.  alien not lawfully admitted for permanent residence;

       ____ c. flight risk;

       ____ d. danger to community.

_X_    2. <u>Pretrial Detention Requested (§ 3142(e)) because no condition or combination of conditions will reasonably assure against</u>:

     _X_ a. danger to any other person or the community;

     _X_ b. flight.

____    3. <u>Detention Requested Pending Supervised Release/Probation Revocation Hearing (Rules 32.1(a)(6), 46(d), and 18 U.S.C. § 3143(a))</u>:

     ____ a. Defendant cannot establish by clear and convincing evidence that he/she will not pose a danger to any other person or to the community;

     ____ b. Defendant cannot establish by clear and convincing evidence that he/she will not flee.

_X_    4. <u>Presumptions Applicable to Pretrial Detention (18 U.S.C. § 3142(e))</u>:

     _X_ a. Title 21 or Maritime Drug Law Enforcement Act ("MDLEA") (46 U.S.C. App. 1901 et seq.) offense with 10-year or greater maximum penalty (presumption of danger to community and flight risk);

     ____ b. offense under 18 U.S.C. § 924(c) (firearm used/carried/possessed during/in relation to/in furtherance of crime), § 956(a), or § 2332b (presumption of danger to community and flight risk);

      c. offense involving a minor victim under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1)-(a)(3), 2252A(a)(1)-2252A(a)(4), 2260, 2421, 2422, 2423 or 2425 (presumption of danger to community and flight risk);

      d. defendant currently charged with (I) crime of violence, (II) offense with maximum sentence of life imprisonment or death, (III) Title 21 or MDLEA offense with 10-year or greater maximum sentence, or (IV) any felony if defendant previously convicted of two or more offenses described in I, II, or III, or two or more state or local offenses that would qualify under I, II, or III if federal jurisdiction were present, or a combination of such offenses, AND defendant was previously convicted of a crime listed in I, II, or III committed while on release pending trial, AND the current offense was committed within five years of conviction or release from prison on the above-described previous conviction (presumption of danger to community).

X  5. <u>Government Is Entitled to Detention Hearing Under § 3142(f) If the Case Involves</u>:

      a. a crime of violence (as defined in 18 U.S.C. § 3156(a)(4)) or Federal crime of terrorism (as defined in 18 U.S.C. § 2332b(g)(5)(B)) for which

```
    maximum sentence is 10 years' imprisonment or
    more;
___ b. an offense for which maximum sentence is life
    imprisonment or death;
_X_ c. Title 21 or MDLEA offense for which maximum
    sentence is 10 years' imprisonment or more;
___ d. instant offense is a felony and defendant has two
    or more convictions for a crime set forth in a-c
    above or for an offense under state or local law
    that would qualify under a, b, or c if federal
    jurisdiction were present, or a combination or
    such offenses;
___ e. any felony not otherwise a crime of violence that
    involves a minor victim or the possession or use
    of a firearm or destructive device (as defined in
    18 U.S.C. § 921), or any other dangerous weapon,
    or involves a failure to register under 18 U.S.C.
    § 2250;
_X_ f. serious risk defendant will flee;
___ g. serious risk defendant will (obstruct or attempt
    to obstruct justice) or (threaten, injure, or
    intimidate prospective witness or juror, or
    attempt to do so).
___ 6. Government requests continuance of _____ days for
    detention hearing under § 3142(f) and based upon the
    following reason(s):
    _____
    _____
```

4

7. Good cause for continuance in excess of three days exists in that:

_____

_____

_____

DATED: May 12, 2008.

Respectfully submitted,

THOMAS P. O'BRIEN
United States Attorney

SHERI PYM
Assistant United States Attorney
Chief, Riverside Office

_____
DOROTHY R. MCLAUGHLIN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

5

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, | Eastern Division |
|---|---|
| vs. | Case Number: 5:08-MJ-00192-1  |  Out of District Affidavit |
| Omar Carballo-Delgado | Initial App. Date: 05/12/2008  |  Initial App. Time: 1:30 PM |
| Defendant. | Date Filed: <br> Violation: 8USC1326 <br> CourtSmart: RS-3 |

| PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: Oswald Parada | CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE |
|---|---|

PRESENT: Maynor Galvez — Deputy Clerk | D. McLaughlin — Assistant U.S. Attorney | Jennifer De La Cruz — Interpreter/Language: Spanish

[✓] Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
  [✓] preliminary hearing OR [ ] removal hearing / Rule 20.
[✓] Defendant states true name [✓] is as charged [ ] is _____
[✓] Defendant advised of consequences of false statement in financial affidavit. [ ] Financial Affidavit ordered SEALED.
[✓] Attorney: Moina Shiv, DFPD [✓] Appointed [ ] Prev. Appointed [ ] Poss. Contribution (see separate order)
  [ ] Special appearance by: _____
[✓] Government's request for detention is: [✓] GRANTED [ ] DENIED [ ] WITHDRAWN [ ] CONTINUED
[✓] Defendant is ordered: [✓] Permanently Detained [ ] Temporarily Detained (see separate order).
[ ] BAIL FIXED AT $_____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)

[ ] Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: [ ] GRANTED [ ] DENIED
[ ] Preliminary Hearing waived.

[ ] Class B Misdemeanor [ ] Defendant is advised of maximum penalties
[ ] This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.
[ ] PO/PSA WARRANT [ ] Counsel are directed to contact the clerk for
  District Judge _____ for the setting of further proceedings.
[ ] Preliminary Hearing set for _____ at 4:30 PM _____
[ ] PIA set for: _____ at 8:30 AM in LA; at 3:00 PM in Riverside; at 10:00 AM in Santa Ana

[ ] Government's motion to dismiss case/defendant _____ only: [ ] GRANTED [ ] DENIED
[ ] Defendant's motion to dismiss for lack of probable cause: [ ] GRANTED [ ] DENIED
[✓] Defendant executed Waiver of Rights. [ ] Process received.
[✓] Court ORDERS defendant Held to Answer to Northern District of California @ San Jose
  [ ] Bond to transfer, if bail is posted. Defendant to report on or before _____
  [✓] Warrant of removal and final commitment to issue.
  [ ] Warrant of removal and final commitment are ordered stayed until _____
[ ] Case continued to (Date) _____ (Time) _____ AM / PM
  Type of Hearing: _____ Before Judge _____ /Duty Magistrate Judge.
  Proceedings will be held in the [ ] Duty Courtroom _____ [ ] Judge's Courtroom _____
[✓] Defendant committed to the custody of the U.S. Marshal [ ] Summons: Defendant ordered to report to USM for processing.
[ ] Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
[ ] Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
[ ] RELEASE ORDER NO: _____
[ ] Other: _____

[✓] PSA 5-14-08  [✓] FINANCIAL  [✓] READY  Deputy Clerk Initials: ___ : 10

I hereby attest and certify... the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

M-5 (03/07) — CALENDAR/PROCEEDINGS SHEET - LOCAL/OUT-OF-DISTRICT CASE — Page 1 of 1

I hereby attest and certify on 5-14-08
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

_____
DEPUTY CLERK

# United States District Court
## Northern District of California

UNITED STATES OF AMERICA,   E-FILING   EP08-192M

v.

Omar CARBALLO-Delgado

**WARRANT FOR ARREST**

**08-70224** E-FILING

CASE NUMBER:

FILED
CLERK, U.S. DISTRICT COURT
MAY 12 2008
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Omar CARBALLO-Delgado and bring him or her forthwith to the nearest magistrate judge to answer a(n)

() Indictment  () Information  (x) Complaint
() Order of Court  () Violation Notice  () Probation Violation Petition

charging him or her with

unlawfully re-entering and being found in the United States after deportation, without the permission of the Attorney General,

in violation of Title __8__ United States Code, Section(s) __1326__.

| Howard R. Lloyd | U.S. Magistrate Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Signature of Issuing Officer | April 15, 2008, San Jose, CA
Date and Location |

Bail fixed at: _no bail_

by ___Howard R. Lloyd___
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant

ORIGINAL WARRANT HELD BY
U.S. MARSHALS, SAN JOSE
NOTIFY ABOVE OFFICE UPON ARREST
DO NOT MAKE RETURN ON THIS COPY

| Date received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest | | |

AO 91 (Rev. 5/85) - Criminal Complaint

# United States District Court

__NORTHERN__ DISTRICT OF __CALIFORNIA__

2008 APR 15 P 3:02

UNITED STATES OF AMERICA

E-FILING

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

v.

CRIMINAL COMPLAINT

Omar CARBALLO-Delgado
(Name and Address of Defendant)

08-70224 -HRL

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On a date unknown but no later than, __May 22, 2007__, in __Monterey County__ in the __Northern__ District of __California__ defendant(s) was, (Track Statutory Language of Offense)

Unlawfully re-entered and was found in the United States after deportation, without the permission of the Attorney General

in violation of Title __8__ United States Code, Section(s) __1326__
I further state that I am a(n) __Deportation Officer__ and that this complaint is based on the following
Official Title
facts:

SEE ATTACHED AFFIDAVIT

PENALTIES: $250,000.00 fine, twenty (20) years imprisonment, $100.00 special assessment fee, and a Term of Supervised Release up to three years.

Requested bail: Issue no bail warrant.

APPROVED AS TO FORM: _____
ASSISTANT UNITED STATES ATTORNEY

Continued on the attached sheet and made a part hereof. ☒ Yes ☐ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

4/15/08                                    at    San Jose, California
Date                                                  City and State

Howard R. Lloyd
United States Magistrate Judge
Name & Title of Judicial Officer                       Signature of Judicial Officer

RE: CARBALLO-Delgado, Omar A70 063 368

I am a Deportation Officer of the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE) and have been employed since July 7, 1997. I am currently assigned to the Criminal Alien Program (CAP) Unit of the San Jose Sub-Office. In such capacity, I have reviewed the official file relating to the above named individual, which attests to the following:

(1) Mr. CARBALLO-Delgado is a 42-year-old male who has used seventeen (17) aliases and eight (8) dates of birth in the past.

(2) Mr. CARBALLO-Delgado has been assigned two (2) Alien Registration numbers of A70 063 368 and A70 051 553, FBI number of 720430MA9, California Criminal Information Index number of A09591071, and a California Department of Corrections number F48847.

(3) Mr. CARBALLO-Delgado is a native of Mexico and a citizen of Mexico since birth. A check through official records shows that he was arrested and deported on seven (7) occasions from the United States:

| DATE | PLACE OF DEPORTATION |
| --- | --- |
| August 6, 1993 | Calexico, CA |
| March 9, 1996 | Calexico, CA |
| January 6, 1997 | Calexico, CA |
| November 18, 1998 | Calexico, CA |
| May 22, 1999 | San Ysidro, CA |
| December 8, 2004 | San Ysidro, CA |
| June 16, 2005 | San Ysidro, CA |

(4) Mr. CARBALLO-Delgado last entered the United States at or near San Ysidro, CA on or after June 16, 2005, by crossing the international border without inspection subsequent to deportation.

(5) Mr. CARBALLO-Delgado on a date unknown, but no later than May 22, 2007, in Monterey County in the Northern District of California, was found to be unlawfully present in the United States, after prior arrests and deportations, without the permission of the Attorney General or the Secretary of Homeland Security, in violation of Title 8, United States Code, Section 1326. On May 22, 2007, Mr. CARBALLO-Delgado was interviewed by Immigration Enforcement Agent (IEA) John Ramirez at the CTF-Soledad Prison, Soledad, CA, and during that interview, Mr. CARBALLO-Delgado was advised of his Miranda rights in English. Mr. CARBALLO-Delgado waived his Miranda rights and provided a written sworn statement attesting to his alienage, prior deportation, and failure to obtain permission from the Attorney General or the Secretary of Homeland Security to re-enter the United States.

RE: CARBALLO-Delgado, Omar A70 063 368

(6) Mr. CARBALLO-Delgado was, on June 23, 1992, convicted in the Superior Court of California, in and for the County of Orange, for the offense of POSSESSION NARCOTIC CONTROLLED SUBSTANCE, a felony, in violation of Section 11350(a) of the California Health and Safety Code, and was sentenced to ninety (90) days in jail.

(7) Mr. CARBALLO-Delgado was, on September 17, 1992, convicted in the Superior Court of California, in and for the County of Orange, for the offense of POSSESSION OF NARCOTIC CONTROLLED SUBSTANCE, a felony, in violation of Section 11350(a) of the California Health and Safety Code, and was sentenced to sixteen (16) months in prison.

(8) Mr. CARBALLO-Delgado was, on March 1, 1999, convicted in the Superior Court of California, in and for the County of Orange, for the offense of ASSAULT WITH A DEADLY WEAPON, a felony, in violation of Section 245(a)(1) of the California Penal Code, and was sentenced to one hundred eighty (180) days in jail.

(9) Mr. CARBALLO-Delgado was, on November 17, 2000, convicted in the Superior Court of California, in and for the County of Orange, for the offense of POSSESSION NARCOTIC CONTROLLED SUBSTANCE, a felony, in violation of Section 11350(a) of the California Health and Safety Code, and was sentenced to two (2) years in prison.

(10) Mr. CARBALLO-Delgado was, on January 3, 2006, convicted in the Superior Court of California in and for the County of Orange, for the offense of POSSESSION NARCOTIC CONTROLLED SUBSTANCE, a felony, in violation of Section 11350(a) of the California Health and Safety Code, and was sentenced to two (2) years in prison.

(11) On the basis of the above information, there is probable cause to believe that Mr. CARBALLO-Delgado illegally re-entered the United States, in violation of Title 8, United States Code, Section 1326.

Trong Q. Nguyen
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me this ___ day of _____, 2008

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5-14-08

I hereby attest and certify on _____
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

BY _____
DEPUTY CLERK

0148

FILED

2008 MAY 12 AM 11:40

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY ___X___

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF<br>v.<br>OMAR CARBALLO-DELGADO<br><br>DEFENDANT(S). | CASE NUMBER<br>ED 08-192 M<br><br>REPORT COMMENCING CRIMINAL ACTION |
|---|---|

TO: CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest 5/12/2008 @ 1000                    ☑ AM / ☐ PM
2. Charges under which defendant has been booked at Metropolitan Detention Center (MDC):
   8 USC 1326, RE-ENTRY AFTER DEPORTATION
3. Offense charged is a: ☑ Felony    ☐ Minor Offense    ☐ Petty Offense    ☐ Other Misdemeanor
4. U.S. Citizen: ☐ Yes   ☑ No   ☐ Unknown
5. Year of Birth: 1965
6. The defendant is: ☑ Presently in custody on this charge.
   ☐ At liberty on bond posted before a Magistrate Judge.
   ☐ At liberty and warrant is requested.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
7. Place of detention (if out-of-district): _____
8. Date detainer placed on defendant: _____
9. This is a reprosecution of previously dismissed charges. (Docket/Case No. _____)
10. Name of Pretrial Services Officer: Pam Pozo
11. Remarks (if any): _____

12. Date: 5/12/2008                    13. Signature: _____
14. Name: BRIAN SZEMES                 15. Title: DEPORTATION OFFICER

CR-64 (07/05)                    REPORT COMMENCING CRIMINAL ACTION

I hereby attest and certify on 5-14-08
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEPUTY CLERK    0148

FILED

2008 MAY 12 PM 12:08

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA  PLAINTIFF(S) | CASE NUMBER  ED 08-192 M |
| v. | |
| Omar Carballo-Delgado  DEFENDANT(S). | AFFIDAVIT RE OUT-OF-DISTRICT WARRANT |

The above-named defendant was charged by: 8 USC 1326
in the United States District of Northern California on May 12, 2008
at 10:00 ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about _____
in violation of Title _____ U.S.C., Section(s) _____
to wit: _____

A warrant for defendant's arrest was issued by: _____

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

☒ affirm
I ~~swear~~ that the foregoing is true and correct to the best of my knowledge.
☒ affirmed
~~Sworn~~ to before me, and subscribed in my presence on 5-12-08, by
L Adm
SEAL
_____, Deputy Clerk.

| Signature of Agent | Joe Rosas  Print Name of Agent |
| ICE/DRO  Agency | Deportation officer  Title |

CR-52 (05/98)    AFFIDAVIT RE OUT-OF-DISTRICT WARRANT