

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

E-FILING

FILED

JUL 3 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

OMAR CARBALLO-DELGADO,

    Defendant.

No. CR-08 00512    JF    HRL

VIOLATION: 8 U.S.C. § 1326 –
Illegal Re-Entry Following Deportation

SAN JOSE VENUE

I N F O R M A T I O N

The United States charges:

    On or about May 22, 2007, the defendant

OMAR CARBALLO-DELGADO,

an alien, previously having been arrested and deported from the United States on or about
August 6, 1993, March 9, 1996, January 6, 1997, November 18, 1998, May 22, 1999, December
8, 2004 and June 16, 2005, was found in the Northern District of California, the Attorney
General of the United States and the Secretary for Homeland Security not having expressly
consented to a re-application by the defendant for admission into the United States, in violation

//

//

INFORMATION

1  of Title 8, United States Code, Section 1326.

2  DATED: *July 22, 2008*

3                                              JOSEPH P. RUSSONIELLO
                                               United States Attorney
4

5

6                                              DAVID R. CALLAWAY
                                               Deputy Chief, San Jose Office
7  (Approved as to form: _____ )

8                        AUSA SCHENK

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INFORMATION

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT
☐ SUPERSEDING

─── OFFENSE CHARGED ───

8 U.S.C. Section 1326 -
ILLEGAL REENTRY

☐ Petty
☐ Minor
☐ Misde-
meanor
☑ Felony

PENALTY:
20 years imprisonment
$250,000 fine
3 years Supervised Release
$100 special assessment

─── PROCEEDING ───
Name of Complaintant Agency, or Person (&Title, if any)
IMMIGRATION AND CUSTOMS ENFORCEMENT

☐ person is awaiting trial in another Federal or State
Court, give name of court

☐ this person/proceeding is transferred from another
district per (circle one) FRCrP 20, 21 or 40. Show
District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on
motion of:                              SHOW
☐ U.S. Att'y ☐ Defense    DOCKET NO.
☐ this prosecution relates to a
pending case involving this same
defendant
☑ prior proceedings or appearance(s)    MAGISTRATE
before U.S. Magistrate regarding    CASE NO.
this defendant were recorded under
08-70224 - HRL

Name and Office of Person
Furnishing Information on
THIS FORM          JOSEPH P. RUSSONIELLO
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)    JEFFREY B. SCHENK

CR-08 00512 JF

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

─── DEFENDANT - U.S. ───

▶ OMAR CARBALLO-DELGADO

DISTRICT COURT NUMBER

*FILED*
JUL 3 0 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

─── DEFENDANT ───
IS NOT IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons
was served on above charges    HRL

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY

4) ☑ On this charge

5) ☐ On another conviction
6) ☐ Awaiting trial on other    ☐ Fed'l ☐ State
charges
If answer to (6) is "Yes", show name of institution

Has detainer    ☐ Yes    If "Yes"
been filed?    ☐ No    give date
filed

DATE OF        Month/Day/Year
ARREST

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED    Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance    *Where defendant previously apprehended on complaint, no new summons
or warrant needed, since Magistrate has scheduled arraignment
Defendant Address:

Date/Time:

Before Judge:

Comments: