AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

NORTHERN **DISTRICT OF** CALIFORNIA

UNITED STATES OF AMERICA

V.

OMAR CARBALLO-DELGADO

**WAIVER OF INDICTMENT**

CASE NUMBER: CR 08 00512 JF

I, OMAR CARBALLO-DELGADO, the above named defendant, who is accused of

illegal re-entry, in violation of Title 8 U.S.C. 1326

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on August 4, 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer