## UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
#### COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Status Review, August 27, 2008
**Case Number:** CR-08-00512-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**   **UNITED STATES OF AMERICA V. OMAR CARBALLO-DELGADO**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Omar Carballo-Delgado |
| **Attorneys Present:** Jeff Schenk | **Attorneys Present:** Nick Humy |

---

PROCEEDINGS:

    Status review hearing held. Counsel, Spanish interpreter Lupita Arce and defendant are present. Continued to 9/10/08 at 9:00 a.m. for further status review. 14 days are excluded for the reasons stated.