1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division
4  CHAD M. MANDELL (ILBN 6286783)
   Special Assistant United States Attorney
5
6    150 Almaden Blvd., Suite 900
     San Jose, California 95113
     Telephone: (408) 535-5059
7    Facsimile: (408) 535-5066

8  Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                           SAN JOSE DIVISION
12

13  UNITED STATES OF AMERICA,        )   CR 08-00512 JF
                                     )
14              Plaintiff,           )   STIPULATION TO CONTINUE
                                     )   PRETRIAL CONFERENCE AND
15         v.                        )   [~~PROPOSED~~] ORDER
                                     )
16  OMAR CARBALLO-DELGADO,           )
                                     )
17              Defendant.           )
                                     )

18

19      It is hereby stipulated by and between counsel for the UNITED STATES and counsel for the

20  Defendant, OMAR CARBALLO-DELGADO, that the February 20, 2009 date set for a pretrial

21  conference be continued to April 1, 2009 for a status hearing.  This continuance is necessary to

22  provide sufficient time for the probation office to complete its pre-plea report and for the parties

23  to meet before the Honorable Magistrate Judge Richard Seeborg for a settlement conference.

24  Additionally, the parties stipulate that the time through April 1, 2009 is excluded under the

25  Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested continuance

26  would unreasonably deny defense counsel reasonable time necessary for effective preparation,

27  taking into account the exercise of due diligence.  Finally, the parties agree that the ends of

28

justice served by granting the requested continuance outweigh the best interest of the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.

Dated this 22nd day of January, 2009.

                                      /s/
                              CHAD MANDELL
                              Special Assistant U.S. Attorney

Dated this 22nd day of January, 2009.

                                      /s/
                              THOMAS NOLAN, Esq.
                              Counsel for Omar Carballo-Delgado

GOOD CAUSE APPEARING,

       IT IS ORDERED that the date set for the pretrial conference set for February 20, 2009 be continued for status to April 1, 2009 at 9:00 a.m.   The trial dates are vacated.

       Dated this __26__ day of January, 2009

                              JEREMY FOGEL
                              United States District Judge

2