Thomas J. Nolan (SBN 48413)
NOLAN, ARMSTRONG & BARTON LLP
600 University Avenue
Palo Alto, California 94310
650/326-2980 – Telephone
650/326-9704 – Facsimile
tnolan@nablaw.com

Attorney for Defendant
OMAR CARBALLO-DELGADO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-00512 JF |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE** |
| OMAR CARBALLO-DELGADO, | |
| Defendant. | |

### STIPULATION

Defendant Omar Carballo-Delgado, by and through his attorney Thomas J. Nolan, and the United States, by and through Assistant United States Attorney Chad Mandell, hereby agree and stipulate to continue the status hearing now scheduled for April 1, 2009, at 9:00 a.m., to April 15, 2009, at 9:00 a.m.

The parties so stipulate because they are engaged in ongoing settlement discussions with the assistance of Magistrate Judge Richard Seeborg. The parties anticipate that, at the April 15, 2009, status conference, the defendant will either enter a plea or set a trial date. Because the settlement negotiations with the assistance of the Court likely would not be completed by April

- 1 -

1, the parties agree that a two-week continuance would promote efficiency and serve the ends of justice.

The parties further stipulate and request that time up to and including April 15, 2009, be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

IT IS SO STIPULATED

Date:   March 26, 2009                             /S/
                                                   Thomas J. Nolan
                                                   Attorney for Defendant
                                                   Omar Carballo-Delgado


Date:   March 26, 2009                             /S/
                                                   Chad Mandell
                                                   Assistant United States Attorney

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the status conference currently set for April 1, 2009, at 9:00 a.m., is continued to April 15, 2009, at 9:00 a.m. Time is excluded through April 15, 2009, pursuant to 18 U.S.C. § 3161(h)(8). The Court finds that the ends of justice served by this continuance outweigh the interests of the public and the defendants in a speedy trial.

Date: 3/31/09

_____
Hon. Jeremy Fogel
United States District Judge