JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

CHAD M. MANDELL (ILBN 6286783)
Special Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5059
   Facsimile: (408) 535-5066

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 08-00512 JF |
|        Plaintiff, | ) ) | STIPULATION TO CONTINUE SENTENCING HEARING AND |
|    v. | ) ) | [PROPOSED] ORDER |
| OMAR CARBALLO-DELGADO, | ) ) | |
|        Defendant. | ) ) | |

     It is hereby stipulated by and between counsel for the UNITED STATES and counsel for the Defendant, OMAR CARBALLO-DELGADO, that the September 9, 2009 sentencing hearing be continued to September 23, 2009. This continuance is necessary

//
//
//
//
//
//
//

as counsel for the United States will be traveling on September 9, 2009, and hence unavailable. Finally, the U.S. Probation office has no objection to the change of date and will be available on September 23, 2009.

Dated this 27nd day of August, 2009.

_____/s/_____
CHAD MANDELL
Special Assistant U.S. Attorney

Dated this 27nd day of August, 2009.

_____/s/_____
DANIEL OLMOS, Esq.
Counsel for Omar Carballo-Delgado

GOOD CAUSE APPEARING,

IT IS ORDERED that the date set for the sentencing hearing set for September 9, 2009 be continued for sentencing to September 23, 2009 at 9:00 a.m.

Dated this  31st  day of August, 2009

_____
JEREMY FOGEL
United States District Judge

2